# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KAY PARKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:14CV293 |
| | § | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-OPT1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-OPT1 and RONALD JOHNSON, | § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 15, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 10) be GRANTED in part and that Plaintiff's claims be dismissed without prejudice for want of prosecution for failure to comply with the Magistrate Judge's orders to submit a joint Rule 26(f) report.

The court has made a *de novo* review of the objections raised by Plaintiff (*see* Dkt. 26) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the

1

objections are without merit as to the ultimate findings of the Magistrate Judge. The court notes that Plaintiff has still not complied with the orders of the Magistrate Judge regarding the filing of a joint Rule 26(f) report. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Defendant Wells Fargo's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 10) is GRANTED in part, and Plaintiff's claims are dismissed without prejudice for want of prosecution

This matter shall be closed on the court's docket, and all costs shall be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE